REYNOLDS *et al.*, Appellants, *v.* LITTLE *et al.*, Respondents.

*(Supreme Court, General Term, Third Department. July 7, 1890.)*

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

ROBBINS, Appellant, *v.* LAFOUNTAIN, Respondent.

*(Supreme Court, General Term, Third Department. July 7, 1890.)*

No opinion. Judgment affirmed, with costs.

---

STERN *et al.*, Respondents, *v.* MEIKLEHAN, Appellant.

*(Supreme Court, General Term, Third Department. May Term, 1890.)*

No opinion. Case dismissed on the ground that there is no valid appeal.

---

ACKERMAN *et al.*, Appellants, *v.* BURDICK, Respondent.

*(Supreme Court, General Term, Fourth Department. May 2, 1890.)*

No opinion. Order affirmed, with $10 costs and disbursements.

---

ARNOT *et al.*, Respondents, *v.* BINGHAM *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. May 2, 1890.)*

No opinion. Motion for leave to appeal to the court of appeals denied. See 9 N. Y. Supp. 68.

---

BARDEEN, Respondent, *v.* McINTYRE, Appellant.

*(Supreme Court, General Term, Fourth Department. May 2, 1890.)*

No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

---

BULL, Respondent, *v.* ROME, W. & O. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department. May 2, 1890.)*

No opinion. Judgment affirmed, with costs.

---

CALVARY CEMETERY ASS'N OF WATERTOWN, Appellant, *v.* GLENN *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. May 2, 1890.)*

No opinion. Judgment affirmed, with costs.

---

CHAPMAN, Appellant, *v.* FORBES, Respondent.

*(Supreme Court, General Term, Fourth Department. May 2, 1890.)*

No opinion. Order affirmed, with $10 costs and disbursements.